UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:25-CR-81-3-D

UNITED STATES OF AMERICA

v.

SAIMON SEAM

ORDER

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed document filed on 27 April 2026 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant upon their request.

SO ORDERED.

This the 28ᵗʰ day of April, 2026.

JAMES C. DEVER III
United States District Judge